# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

VICTOR LEE MCNEARY, JR.,

    Petitioner,

v.

WARDEN RAUL CAMPOS, JR.

    Respondent.

Cause No. 4:21-cv-00514-JAS–MSA

✓ FILED _____ LODGED
_____ RECEIVED _____ COPY

FEB - 8 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

COMES Petitioner, VICTOR LEE MCNEARY, JR., appearing *pro se*, and timely gives his notice of appeal of the January 7, 2022 Order and Final Judgment [Docs. 6 & 7] dismissing his Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and Memorandum of Law in Support.

Respectfully submitted,

Dated: February 1, 2022

VICTOR LEE MCNEARY, JR.
REG. NO. 23765-045
FCI SAFFORD
FEDERAL CORR. INSTITUTION
P.O. BOX 9000
SAFFORD, AZ 85548
Appearing *Pro Se*

VICTOR LEE MCNEARY, JR.
REG. NO. 23765-045
FCI SAFFORD
FEDERAL CORR. INSTITUTION
P.O. BOX 9000
SAFFORD, AZ  85548

February _2_, 2022

Ms. Debra D. Lucas
Clerk of Court
U. S. District Court
District Court of Arizona
Tucson Division
405 W. Congress Street, Suite 1500
Tucson, AZ 85701-5010

      RE:   *McNeary v. United States*
              Civil No.  4:21-cv-00514-JAS-MSA

Dear Ms. Lucas:

    Enclosed please find and accept for timely filing Petitioner's Notice of Appeal and Application to Proceed in District Court Without Prepaying Fees or Costs. Please submit these documents to the Court.

                                       Sincerely,

                                       VICTOR LEE MCNEARY, JR.
                                       Appearing *Pro Se*

*Encl. as noted*